UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Heidi I.,[1]

Plaintiff,

v.

Kilolo Kijakazi,
Acting Commissioner of Social Security,

Defendant.

Civ. No. 22-1970 (JWB/DTS)

**ORDER**

---

James H. Greeman, Esq., Greeman Toomey; and Kira Treyvus, Esq., Konoski & Partners PC, counsel for Plaintiff.

Ana H. Voss, Esq., United States Attorney's Office; Angel Thornton-Millard, Esq., and James D. Sides, Esq., Social Security Administration, counsel for Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz dated May 31, 2023. (Doc. No. 25.) No objections have been filed to that R&R in the time permitted. Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The May 31, 2023 R&R (Doc. No. 25) is **ACCEPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 16) is **DENIED**;

3. Defendant's Motion for Summary Judgment (Doc. No. 21) is **GRANTED**;

and

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in social security appeals such as the present case.

4. The Commissioner's decision is **AFFIRMED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 13, 2023              _s/ Jerry W. Blackwell_
                                 JERRY W. BLACKWELL
                                 United States District Judge